-FILED

DEC 2 2 2009

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID BRYANT WICKS, #HR2611, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:09-CV-0580-B |
| | § | |
| PARKLAND HOSPITAL, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff/Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and ORDERS that Plaintiff's amended complaint be stricken from the record.

SO ORDERED this 22nd day of Dec., 2009.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE